B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of MARYLAND

In re: YAFEU K. MARSTON  
KEISHA M. MARSTON

Case No. 16-16450

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust  
   Name of Transferee

HSBC Mortgage Services, Inc.  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Caliber Home Loans, Inc.  
13801 Wireless Way  
Oklahoma City, OK 73134  
Phone: (800)401-6587  
E-mail: SD-Bankruptcy@caliberhomeloans.com  
Last Four Digits of Acct #: 6075

Court Claim # (if known): 11-1  
Amount of Claim: $344987.47  
Date Claim Filed: 09/08/2016

Phone: (866) 824-0824  
Last Four Digits of Acct. #: 4502

Name and Address where transferee payments should be sent (if different from above):  
Caliber Home Loans, Inc.  
PO Box 24330  
Oklahoma City, OK 73124  
Phone: (800)401-6587  
E-mail: SD-Bankruptcy@caliberhomeloans.com  
Last Four Digits of Acct #: 6075

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mohammed Lala  
   AIS Data Services, LP as agent  
     Transferee/Transferee's Agent

Date 10/13/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.